

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:16cr78LG-JCG

SAMUEL JOHN FRAZIER                         26 U.S.C. § 7203
  a/k/a Johnny Frazier

**The United States Attorney charges:**

During the calendar year 2009, the defendant, **SAMUEL JOHN FRAZIER a/k/a Johnny Frazier**, who was a resident of Gulfport, Mississippi, had and received gross income of $618,253.53. By reason of such gross income, he was required by law, following the close of the calendar year 2009 and on or before October 15, 2010, to make an income tax return to the Internal Revenue Service, at Gulfport, Mississippi, to a person assigned to receive returns at the local office of the Internal Revenue Service at Gulfport, Mississippi, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all of the foregoing, he did willfully fail, on or about October 15, 2010, in the Southern District of Mississippi and elsewhere, to make an income tax return, in violation of Section 7203, Title 26, United States Code.

GREGORY K. DAVIS
United States Attorney